**Order entered May 31, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00510-CV

**JACOLBY ANDERSON, Appellant**

**V.**

**LONESTAR PATENT SERVICES, INC., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00393-E**

## ORDER

Before the Court is appellee's May 28, 2019 unopposed second motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief due on or before June 27, 2019. We caution appellee that further extensions are disfavored.

/s/    ERIN A. NOWELL
        JUSTICE